BERLIN, Appellant, v. BERLIN, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Moses J. Berlin against Sadie Berlin. C. L. Hoffman, for appellant. M. C. Milnor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BERNSTEIN, Respondent, v. KENNEALLY, Treasurer, Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Jacob Bernstein against John J. Kennsally, as treasurer, etc. B. Patterson, for appellant. N. Burkan, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed.

O'BRIEN, P. J., and CLARKE, J., dissent.

BESTE, Appellant, v. CUTTING, Respondent. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Mary H. C. Beste, as administratrix, against Annie T. Cutting. F. H. Sanborn, for appellant. H. Aplington, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BOOTH, Respondent, v. MILLIKEN, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Appeal from Special Term, New York County. Action by Arthur C. Booth against William A. Milliken. From an order denying an application to vacate a warrant of attachment, defendant appeals. Affirmed. Ernest W. Marlow, for appellant. R. Burnham Moffat, for respondent.

PER CURIAM. The order appealed from should be affirmed. We observe, however, that the undertaking here is inadequate; but that is a matter which the defendant can remedy by a proper application in the court below. Order affirmed, with $10 costs and disbursements.

BRADY, Respondent, v. WAGENER BROS. SHOE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by Charles A. Brady against the Wagener Bros. Shoe Company. No opinion. Judgment and order affirmed, with costs.

BREEN v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Daniel Breen against the mayor, etc., of the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

BREMER et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Samuel P. Bremer and others against the Manhattan Railway Company and another. J. O. Nicholls, for appellants. J. A. Hodge, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

BRENEN v. BRENEN et al. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Edward W. Brenen against Mark W. Brenen and another. No opinion. Motion granted, with $10 costs. Order filed.

BRETTAUER, Respondent, v. WEISS, Appellant. (Supreme Court, Appellate Term. June 28, 1906.) Appeal from Municipal Court, Borough of Manhattan, Fourteenth District. Action by Joseph Brettauer against Leopold Weiss. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. L. Kronfeld, for appellant. Frank & Lederer, for respondent.

McCALL, J. The line and method of questioning adopted by the learned court in the examination of the witness Rose Weiss was clearly erroneous, and the effect of same necessarily so prejudicial to defendant that the judgment must be set aside and a new trial ordered, with costs to appellant to abide the event.

GILDERSLEEVE, J., concurs. LEVENTRITT, J., concurs in result.

BREWSTER, Respondent, v. MONTANYE, Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Minnie L. Brewster against Austin F. Montanye. A. A. Wray, for appellant. Omar Powell, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BRISTOW, Respondent, v. BRUSH et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by Henry Bristow, as administrator, etc., of Mary Goodrich, deceased, against Eliza A. Brush and Henrietta G. Andrews. No opinion. Order affirmed, with $10 costs and disbursements.

BROCKWAY, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by Albert L. Brockway against Andrew S. White.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. See Untermyer v. Beihauer, 105 N. Y. 521, 11 N. E. 847.

WILLIAMS, J., not voting.

BRYANT et al., Appellants, v. TURNER, Respondent. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Edwin R. Bryant and others against Charles H. Turner. No opinion. Motion granted, with $10 costs, unless appellants, within 20 days from the date of this order, pay to the respondent $10 costs of this motion and serve the printed papers upon respondent's attorney on or before August 1st, in which case motion is denied, without costs.

BRYANT et al., Appellants, v. TURNER et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Edwin R. Bryant and others against Charles H. Turner and others. No opinion. Motion granted, with $10 costs, unless appellants, within 20 days from the date of this order, pay to the respondents $10 costs of this